# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORE LAFATA,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA; THRIFTY PAYLESS, INC., a California Corporation; and RITE AID CORPORATION, a Delaware corporation;<br><br>                Defendants. | Case No.: 16-cv-3035-WQH-WVG<br><br>ORDER |

HAYES, Judge:

On December 15, 2016, Plaintiff Salvatore Lafata initiated this action by filing the Complaint (ECF No. 1) against the United States of America; Thrifty Payless, Inc.; and Rite Aid Corporation ("Rite Aid"). On January 11, 2017, Plaintiff filed a Waiver of Service executed by Rite Aid (ECF No. 5). The Waiver of Service states, in part,

> I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 01/05/2017 . . . . If I fail to do so, a default judgment will be entered against me or the entity I represent.

*Id.* at 1. The record reflects that Rite Aid has not filed an answer or a motion under Rule 12. The record also reflects that Lafata has not filed a motion for default against Rite Aid.

1  Local Civil Rule 41.1 states "Actions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution. . . ." CivLR 41.1(a).

Lafata is hereby ORDERED TO SHOW CAUSE as to why Lafata's claims against Rite Aid should not be dismissed without prejudice for failure to prosecute. Lafata shall respond to this order to show cause on or before March 26, 2018. If Lafata does not respond, the Court will dismiss Lafata's claims against Rite Aid without prejudice.

Dated: February 26, 2018

Hon. William Q. Hayes
United States District Court